**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MICHAEL GALLOWAY,<br><br>　　　　Defendant. | Case No.:  CR 14-0607 JD<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER RE INITIAL APPEARANCE** |

　　　The Court has issued a summons in the above-captioned case for defendant John Michael Galloway to make an initial appearance on a criminal indictment on December 17, 2014, at 9:30 a.m.

　　　Mr. Galloway's counsel, Edwin Prather, is unavailable on December 17, 2014, as he is out of district on another criminal case.

　　　As such, Mr. Galloway, through and by counsel, and the government jointly request and stipulate that Mr. Galloway make his initial appearance before the duty judge, Magistrate Judge Bernard Zimmerman on December 22, 2014, at 9:30 a.m.

SO STIPULATED:

Dated: December 8, 2014 _____/s/_____
KELSEY C. LINNETT
Attorney for U.S. Department of Justice,
Antitrust Division

Dated: December 8, 2014 _____/s/_____
EDWIN PRATHER
Attorney for Defendant
JOHN MICHAEL GALLOWAY

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Galloway shall make his initial appearance on December 22, 2014, at 9:30 a.m. before the Honorable Bernard Zimmerman,

IT IS SO ORDERED.

Dated: __12/9/14_____                    _____
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE